**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7319**

———————

UNITED STATES OF AMERICA,

                                                 Plaintiff - Appellee,

    versus

CLARENCE GOODWIN PERKINS,

                                            Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, District Judge. (CR-93-194, CA-95-1124-1)

———————

Submitted: March 23, 1999                   Decided: May 3, 1999

———————

Before WIDENER and NIEMEYER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence Goodwin Perkins, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Perkins seeks to appeal the district court's denial of his motion seeking "clarification" of his fine payment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Perkins</u>, Nos. CR-93-194, CA-95-1124-1 (S.D.W. Va. Aug. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>